# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-13929-MDC

ALEXANDER R RINGGOLD

5639 ADDISON STREET

PHILADELPHIA, PA 19143-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEXANDER R RINGGOLD

    5639 ADDISON STREET

    PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 11/28/2017

                            /S/ William C. Miller
                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee