United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13929-mdc
Alexander R. Ringgold                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Apr 03, 2018
                            Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
```
db             +Alexander R. Ringgold,    5639 Addison Street,    Philadelphia, PA 19143-1307
13934250       +Americredit Financial Services, dba,    GM Financial,    P O Box 183853,
                 Arlington, TX 76096-3853
13929818       +Brown & Joseph Ltd,    1701 Golf Rd Bldg 2,    Rolling Meadows, IL 60008-4731
13929819       +Capital 1 Bank,    Attn: General Correspondence,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
13929824       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13929825       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13929826       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13929828       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13929829        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13929831       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
14046901       +U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE PE,    211 N. Front Street,
                 Harrisburg, PA 17101-1406
13971929       +Westlake Services, LLC dba Westlake Financial Serv,    4751 Wilshire Blvd, Suite 100,
                 Los Angeles, CA 90010-3847
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2018 01:45:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2018 01:46:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Apr 04 2018 01:46:15     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101,    U.S.A. 17101-1406
13929816       +E-mail/Text: seinhorn@ars-llc.biz Apr 04 2018 01:46:51     Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13929817       +E-mail/Text: EBNProcessing@afni.com Apr 04 2018 01:46:19     Afni, Inc.,
                 Attention: Bankruptcy,    PO Box 3097,    Bloomington, IL 61702-3097
13929822        E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:30     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13929823        E-mail/Text: bankruptcy@phila.gov Apr 04 2018 01:46:30     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13985743       +E-mail/Text: bankruptcy@cavps.com Apr 04 2018 01:46:22     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13929820       +E-mail/Text: ecf@ccpclaw.com Apr 04 2018 01:45:44     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13929827        E-mail/Text: cio.bncmail@irs.gov Apr 04 2018 01:45:47     I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13929830       +E-mail/Text: blegal@phfa.org Apr 04 2018 01:46:15     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13967147        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2018 01:50:35      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13929832        E-mail/Text: eforbes@ph13trustee.com Apr 04 2018 01:45:50     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. A/ C dba GM F
13929821*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Apr 03, 2018
                              Form ID: pdf900           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION et. al.
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION et. al.
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Plaintiff Alexander   Ringgold ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Alexander R. Ringgold ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Alexander R. Ringgold ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| Alexander Ringgold | : CHAPTER 13 |
| | : Case no. 17-13929MDC13 |
| (Debtor) | : |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

By the Court:

Date: March 23, 2018

_Magdeline D. C_____
HON. Magdeline D. Coleman
U. S. Bankruptcy Judge